IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ROBERT BECKER                                                                                         PLAINTIFF

vs.                                         NO. 1:07CV00051 BSM

RICHARD ALLEN JOHNSON                                                                DEFENDANT

## ORDER OF DISMISSAL WITH PREJUDICE

The court, being advised by plaintiff that the case has been settled and that the settlement has been fully consummated, hereby grants plaintiff's request to dismiss this case with prejudice.

IT IS SO ORDERED this 28th day of October, 2008.

_____
UNITED STATES DISTRICT JUDGE